```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 09 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAMAN KUMAR,

                      Plaintiff,                      10 **CIVIL** 3559 (AJN)

       -against-                                **JUDGMENT**

NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, ET AL.,

                      Defendants.
-----------------------------------------------------------X

        The issues in the above-entitled action having been brought on for trial before the Honorable Alison J. Nathan, United States District Judge, and a jury on June 18, 2012, and at the conclusion of the trial on June 21, 2012, the jury having returned a verdict in favor of the defendants, it is,

        **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

DATED: New York, New York
              July __, 2012

SO ORDERED

_____
        USDJ

                                                RUBY J. KRAJICK
                                                Clerk of Court

                                    BY: _____
                                                   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____