USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2013

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

RAMAN KUMAR,

                                              Plaintiff,

                      -against-

NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, NEW YORK CITY DEPARTMENT OF
EDUCATION, NARENDA PATEL, individually, and
SASSAN TOUSSI,

                                              Defendants.

------------------------------------------------------------------------- x

**SATISFACTION OF JUDGMENT FOR COSTS**

10 Civ. 3559 (PKC)(FM)

#12,1554

**WHEREAS,** on August 27, 2012, a judgment was entered in the Office of the Clerk of the United States District Court for the Southern District of New York in the above-entitled action in favor of the defendants and against plaintiff Raman Kumar, in the amount of $8,772.67 and said judgment has been fully paid by the plaintiff.

**THEREFORE,** satisfaction of the judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of satisfaction on the docket of said judgment.

Dated: New York, New York
         September 10, 2013

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        Attorney for the Defendants
                                        100 Church Street, Room 2-171
                                        New York, New York 10007
                                        212-356-1104
                                        rtapia@law.nyc.gov

                                        By: _____
                                               Ricardo Tapia
                                             Assistant Corporation Counsel

To.  **David Rosenberg, Esq.** (Attorney for the plaintiff)
The Law Office of Borelli & Associates, PLLC
One Old Country Road, Suite 347
Carle Place, New York 11514

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

RAMAN KUMAR,

                                                         **DECLARATION**
                                  Plaintiff, **OF SERVICE**

          -against-                         10 Civ. 3559 (PKC)(FM)

NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, NEW YORK CITY DEPARTMENT
OF EDUCATION, NARENDA PATEL, individually,
and SASSAN TOUSSI,

                                      Defendants.
------------------------------------------------------------------- x

      Winston S. Tse, declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that on September 10, 2013, he served a true and correct copy of the foregoing Satisfaction of Judgment For Costs upon the following:

                      **David Rosenberg, Esq.** (Attorney for the plaintiff)
                      The Law Office of Borelli & Associates, PLLC
                      One Old Country Road, Suite 347
                      Carle Place, New York 11514

by causing to be deposited, a copy enclosed in a properly prepaid mail wrapper to the above address in a post office box in the Borough of Manhattan, City of New York, regularly maintained by the Government of the United States in said City.

Dated: New York, New York
          September 10, 2013

                                                             _____
                                                              Winston S. Tse

Index No. 10 Civ. 3559 (PKC)(FM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMAN KUMAR,

Plaintiff,

-against-

NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK CITY DEPARTMENT OF EDUCATION, NARENDA PATEL, individually, and SASSAN TOUSSI,

Defendants.

**SATISFACTION OF JUDGMENT FOR COSTS**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street; Room 2-171*
*New York, N.Y. 10007*

*Of Counsel: Ricardo Tapia*
*Tel: (212) 356-1104*
*NYCLIS No. 2010-016285*

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................................................................................ , 200...*

*......................................................................................................... Esq.*

*Attorney for ............................................................................................*

Index No. 10 Civ. 3559 (PKC)(FM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMAN KUMAR,

Plaintiff,

-against-

NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK CITY DEPARTMENT OF EDUCATION, NARENDA PATEL, individually, and SASSAN TOUSSI,

Defendants.

**SATISFACTION OF JUDGMENT FOR COSTS**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street; Room 2-171*
*New York, N.Y. 10007*

*Of Counsel: Ricardo Tapia*
*Tel: (212) 356-1104*
*NYCLIS No. 2010-016285*

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................................................................................ , 200...*

*......................................................................................................... Esq.*

*Attorney for ............................................................................................*